ABRAHAM C. NATHAN, Respondent, v. JANS PICTURES, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY WAYNECK, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FREDERICK W. LINCOLN and Others, Copartners, etc., Respondents, v. THE R. R. APPLETON COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DOMINGO L. MONJO, Respondent, v. R. DULANY WHITING, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE TRAVELERS INSURANCE COMPANY, Appellant, v. AARON REISMANN, Respondent.— Judgment and order reversed, with costs, and new trial ordered, on the authority of *Travelers Ins. Co..v. Padula Co.* (224 N. Y. 397). Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MATTHEW L. MARGOLISH, Respondent, v. LOUIS M. KAHNWEILER and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LILLY WEINREB, Appellant, v. SAMUEL WEINREB, Respondent.— Judgment reversed and judgment ordered for plaintiff, with costs. No opinion. Settle order containing findings on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Laughlin, J., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FERDINAND BOLTEN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

DAVID ROUSS, Respondent, v. HARRY GROSSMAN, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that an issue of fact was presented which should have been submitted to the jury, as requested by defendant's counsel at the close of the case, as to whether or not the plaintiff was the holder in due course for value of the check in question. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of BENJAMIN LEVINSON, an Attorney.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EDITH K. GOULD v. FRANK J. GOULD.— Motion to dismiss appeal from judgment denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.